## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

*Kimberly Schacht*
Signature: BD03B63420D4409...

7/25/2014
Date

Kimberly Schacht
Printed Name